**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )    No. 14-cr-10276-IT
v.                                  )
                                    )
JOHN CRANNEY,                       )
                                    )
    Defendant.                      )
_____)

**STIPULATIONS (SECOND)**

The United States and John William Cranney hereby stipulate and agree as follows:

1. The documents marked as Exhibits 452 to 456 are true and accurate copies of public records, as defined by Rule 803(8) of the Federal Rules of Evidence, recorded at the Suffolk County Registry of Deeds.

2. The documents marked as Exhibits 167 to 171 are true and accurate copies of documents obtained from computers kept in John Cranney's home office.

3. The document marked as Exhibit 350 is a true and accurate excerpt of the testimony of John W. Cranney before the Massachusetts Securities Division on July 13, 2012.

4. The document marked as Exhibits 558 and 560 to 577 are true and accurate excerpts of the recording of the testimony of John W. Cranney at a bankruptcy meeting of creditors on or about April 8, 2013. The document marked as Exhibit 558 is a true and accurate transcript of those excerpts.

5. The documents marked as Exhibits 471 to 473 are true and accurate copies of documents obtained by the government during a search of John W. Cranney's residence in Belmont, Massachusetts, on or about November 15, 2012.

6. That if called to testify at trial, a representative of The Northern Trust Company would testify that on or about February 28, 2011, the $210,157.47 check which is marked as Exhibit 201.03 (at page 35), was mailed by The Northern Trust Company to John W. Cranney.

7. The document marked as Exhibit 578 identifies the full names of the persons identified by their initials in the Indictment.

|  |  |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| JOHN W. CRANNEY | WILLIAM D. WEINREB<br>Acting United States Attorney |
| By:  /s/ James Budreau<br>JAMES BUDREAU<br>BBO # 553391<br>JamesBudreau@gmail.com<br>Bassil & Budreau<br>20 Park Plaza, Suite 1005<br>Boston, MA 02116<br>(617) 366-2200 | By:  /s/ Kriss Basil<br>MARK J. BALTHAZARD<br>BBO # 544463<br>KRISS BASIL<br>BBO # 673074<br>Kriss.Basil@usdoj.gov<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3100 |

Date: March 24, 2017