UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 14-cr-10276-IT |
| | * | |
| JOHN CRANNEY, | * | |
| | * | |
| Defendant. | * | |

# ORDER

April 4, 2017

TALWANI, D.J.

Defendant John Cranney's criminal trial was set to begin on April 3, 2017, and jurors were summoned to appear at the United States District Court for that trial. At Defendant's counsel's request, and based upon his representation that Defendant Cranney had been hospitalized, the case was continued until Wednesday, April 5, 2017, and jurors were so instructed. Defendant's counsel has advised the court of further developments regarding Defendant Cranney's medical status, but has not yet been able to document any request for a further continuance. In order for the court to be able to advise jurors as to their further obligation, including their current obligation to appear Wednesday morning, April 5, 2017:

IT IS HEREBY ORDERED:

(1) to the extent that Defendant seeks to continue the April 5, 2017, date because of his medical status, he shall immediately sign a release allowing his medical providers attending to his immediate medical needs in Massachusetts to provide to his defense counsel and the court:

   (a) his anticipated date of release from the hospital; and

   (b) his medical records from April 2, 2017, through the date of his discharge.

(2) Upon receipt of such a release, and NO LATER THAN 2:30 P.M. TODAY, the medical providers shall provide defense counsel with a true and correct copy of Defendant's medical records from April 2, 2017, through the time of production of such records; and a written statement as to Defendant's anticipated date of release.

(3) In the event that Defendant is medically unable to sign such a release, but in the medical opinion of his providers is unable to attend trial on Wednesday, April 5, 2017, his provider shall so state in writing for filing with the court.

(4) In the event that Defendant is medically able to sign such a release but declines to do so, the request for a continuation will likely be denied.

IT IS SO ORDERED.

DATE: April 4, 2017                                   /s/ Indira Talwani
                                                      United States District Judge