UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 14-cr-10276-IT |
| | * | |
| JOHN CRANNEY, | * | |
| | * | |
| Defendant. | * | |

ORDER

April 6, 2017

TALWANI, D.J.

    Before the court is Defendant John Cranney's Motion to Modify Conditions of Release [#255] relating to victims, witnesses or potential witnesses. Defendant requests that his conditions be modified to allow him to speak with his son and with individuals not identified as witnesses so long as he does not speak about the facts of the case or his potential testimony. He reports that the government does not object to his requested modification.

    Defendant's current conditions relating to victims, witnesses or potential witnesses, mandate that:

> Defendant shall avoid any and all association or contact, either directly or indirectly, verbally, through written or typed material or through any third party, with any potential witness(es) who may testify regarding the crime with which Defendant is charged and/or any codefendant(s).

> Defendant shall avoid any and all association or contact, either directly or indirectly, telephonically, verbally, through written or typed material or through any third party, with any victim(s) of the crime with which Defendant is charged or any of the victim's immediate family members.

See United States District Court for the Western District of Texas, Release Order [#10].

    Finding good cause for modification, the court hereby modifies Defendant's conditions as follows:

1. Defendant may speak with his son, Peter Christoff, on the condition they do not speak about the facts of this case or any potential testimony.

2. Except as to individuals identified by the government as victims, Defendant may speak with individuals who may be "potential witnesses" but who are not currently identified as witnesses by the government or the Defendant, on the condition that they do not discuss the facts of this case or any potential testimony.

Further, the court clarifies that nothing in Defendant's pretrial conditions, as originally set forth or as modified, limits Defendant's counsel's ability to communicate with persons in preparation for the defense.

IT IS SO ORDERED

DATE: April 6, 2017                                     /s/ Indira Talwani
                                                        United States District Judge