UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 14-cr-10276-IT |
| | * | |
| JOHN CRANNEY, | * | |
| | * | |
| Defendant. | * | |

ORDER

April 13, 2017

TALWANI, D.J.

Pursuant to this court's April 12, 2017, direction, the parties have jointly submitted a list of physicians to conduct an independent evaluation of Defendant John Cranney's medical condition for the court's consideration in making a determination as to Defendant Cranney's request to continue the May 1, 2017, trial date. In light of this submission:

IT IS HEREBY ORDERED that:

(1) an independent medical evaluation shall be conducted to assist the court in making this determination. Absent objection, the Office of the United States Attorney shall pay the costs of such evaluation.

(2) the Office of the United States Attorney shall facilitate such evaluation by contacting one or more of the physicians from the submitted list, providing the physician with a copy of this order, and ascertaining whether such physician is willing to conduct the evaluation and report to the court prior to the close of business on Friday, April 21, 2017.

(3) the Office of the United States Attorney, with the assistance of Defendant Cranney's attorney, shall make arrangements to provide the examining physician with the Defendant's medical records from his recent stay at Massachusetts General Hospital.

(4) If physical examination is necessary in the physician's opinion, Counsel for Defendant Cranney will coordinate with Defendant Cranney to arrange for such examination;

(5) the examining physician shall prepare and present to the parties for submission to this court a concise report stating the following:

   (a) Whether, in the physician's medical opinion, Defendant Cranney suffers from a serious and out-of-the-ordinary condition such that his attendance at an estimated fifteen day criminal trial commencing on May 1, 2017, and conducted typically on a 9:00 to 1:00 schedule, with a break at 11:00 and additional breaks as necessary, would pose a substantial danger to his life or health.

   (b) What measures might reduce medical risks to the Defendant Cranney.

The report shall be submitted to the clerk as soon as possible and no later than Friday, April 21, 2017.

IT IS SO ORDERED

DATE: April 13, 2017                                /s/ Indira Talwani
                                                                   United States District Judge