UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 14-cr-10276-IT |
| | * | |
| JOHN CRANNEY, | * | |
| | * | |
| Defendant. | * | |

ORDER

May 8, 2017

TALWANI, D.J.

    A status conference in this matter is scheduled for May 15, 2017, at 11:00 AM. Defendant John Cranney is hereby ordered to appear, but may appear via teleconference. If the Defendant elects to appear via teleconference, counsel for Defendant is directed to make necessary arrangements with the clerk.

    IT IS SO ORDERED

/s/ Indira Talwani
United States District Judge