UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 14-cr-10276-IT |
| | * | |
| JOHN CRANNEY, | * | |
| | * | |
| Defendant. | * | |

ORDER

July 25, 2017

TALWANI, D.J.

    Defendant has moved for this court's reconsideration of its Order [#202] regarding the presentation of testimony and evidence from persons who transferred funds to the Defendant but who were not identified as victims in the indictment. [#292]. The court modifies its Order [#202] as follows. Defendant may offer promissory notes executed by the Defendant and a testifying witness. Said witnesses may not testify as to their own understanding of Defendant's business or practices, and Defendant may not offer their testimony as to what Defendant stated to them.

    IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge