UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 14-10276-IT |
| ) | |
| JOHN WILLIAM CRANNEY, aka ) | |
| JACK CRANNEY ) | |
| Defendant. ) | |

DEFENDANT'S MOTION TO WAIVE SPEEDY TRIAL ACT

Now comes defendant, John W. Cranney, who respectfully notifies this Court that he waives the Speedy Trial Act in the interests of justice pursuant to Title 18 U.S.C. § 3161 for the period of time from September 8, 2017, which is the present date for the next status conference, to the new date scheduled by the court.  The request for a continuance of this status hearing was initiated by the defendant for the reasons stated in his Motion to Continue Status Conference filed on August 17, 2017.

Respectfully Submitted,

/s/JAMES BUDREAU
James Budreau
BBO# 553391
Bassil, & Budreau
20 Park Plaza, Suite 1005
Boston, MA 02116
617-366-2200

CERTIFICATE OF SERVICE

I, James Budreau, do hereby certify that this motion has been served by hand upon AUSA Mark Balthazard and Kriss Basil on this 17th day of August 2017.

/s/ James Budreau
James Budreau