UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 14-cr-10276-IT |
| | * | |
| JOHN CRANNEY, | * | |
| | * | |
| Defendant. | * | |

ORDER

October 24, 2017

TALWANI, D.J.

Before the court is the Government's Unopposed Motion for Pre-Trial Deposition [#364]. The government moves that witness John Doe[1] be deposed to preserve his testimony for trial. The defendant will attend the deposition through a video conference connection. Defense counsel will attend in person. The court finds that the taking of the deposition is warranted "because of exceptional circumstances and in the interest of justice." Fed. R. Crim. P. 15(a)(1). The witness lives near Kansas City, Missouri, is eighty-three years old, has multiple infirmities, and has difficulty traveling, making it likely he will be unavailable for trial. Although the court defers ruling on the admissibility of this testimony at trial, the motion is ALLOWED and the government is authorized to notice the deposition at the earliest practicable date.

IT IS SO ORDERED.

October 24, 2017                                          /s/ Indira Talwani
                                                         United States District Judge

---

[1] The alias "John Doe" is used to protect the witness's private health information.