# United States Court of Appeals
## For the First Circuit

No. 17-1798

UNITED STATES,

Appellee,

v.

JOHN WILLIAM CRANNEY, a/k/a Jack Cranney,

Defendant, Appellant.

Before

Lynch, Kayatta and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: January 22, 2018

    This court issued a show-cause order questioning appellate jurisdiction, and the defendant has filed a response. Having reviewed that response, we conclude that this court lacks jurisdiction to consider this appeal because the challenged orders are not final judgments or otherwise appealable. <u>See</u> 28 U.S.C. §§ 1291, 1292. In a criminal case, a defendant usually must wait until after sentencing to obtain appellate review of an interlocutory order. <u>See</u> <u>Flanagan</u> v. <u>United States</u>, 465 U.S. 259, 263 (1984) ("In a criminal case the [final judgment] rule prohibits appellate review until conviction and imposition of sentence."). As the interlocutory orders here do not fall within the limited exceptions for immediate appeals in criminal cases, the appeal is dismissed. <u>See, e.g.</u>, <u>United States</u> v. <u>Kane</u>, 955 F.2d 110, 110-12 (1st Cir. 1992) (per curiam).

    <u>Dismissed</u>.

                        By the Court:

                        <u>/s/ Margaret Carter, Clerk</u>

cc: James H. Budreau, John William Cranney, Dina Michael Chaitowitz, Mark J. Balthazard, Kriss Basil