UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) CRIMINAL NO. 14-10276-IT
JOHN WILLIAM CRANNEY, aka )
JACK CRANNEY )
Defendant. )

**DEFENDANT JACK CRANNEY'S
AMENDED PROPOSED WITNESS LIST**

1. Julia Anderson
   Cedar City, Utah

2. Peter Christoff
   Bradenton, Florida

3. Joseph DePino
   Palm City, Florida

4. Louise Depino
   Palm City, Florida

5. Donald Deschler
   Nebraska

6. Paul and Laura Lagris
   Costa Mesa, California

7. Donald Sykes
   Keene, New Hampshire

8. Kim Wright
   Denton, Texas or Las Vegas, Nevada

9. Rhonda Woodman
   Essex, MA

10. Burt Stillman
    Tucson, Arizona

12. Kenneth Bradley
    Stoughton, MA

13. Susan Long
    1402 Bastrop, TX

14. Steve Woodman
    Essex, MA

15. Sarah Alcorn
    Milton Village, MA
    Summary Witness

16. Rodney Young
    Hingham, MA

17. Steven Greenapple
    Cedar Knolls, NJ

Respectfully Submitted,

/s/JAMES BUDREAU
James Budreau
BBO# 553391
Bassil & Budreau
20 Park Plaza, Suite 1005
Boston, MA 02116
617-366-2200

CERTIFICATE OF SERVICE

I, James Budreau, do hereby certify that this motion has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of

Electronic Filing (NEF) on March 20, 2018.

/s/ James Budreau