WED. 4/25/18

JUDGE TALWANI —

IS THERE ANY WAY THAT NEXT THURS. MAY 3 — WE COULD HAVE AN AFTERNOON SESSION 1-5 PM?

I HAVE A DR. APP'T THAT CHANGING IS VERY DIFFICULT.

THANK YOU FOR YOUR CONSIDERATION

JUROR #2
MARIANNE HRINDA

14cr10276-IT – U.S.A. v. John Cranney

## NOTE FROM THE JURY



Can I get a box or something to elevate my feet a little? Ankles/legs are swelling from chairs - Juror #8

_____ Time: _____ Date: 4/27/18
Juror or Foreperson's Signature

Juror Number ___8___

14cr10276-IT – U.S.A. v. John Cranney



## NOTE FROM THE JURY

Granola bars, bread & peanut butter, yogurt & Seltzer, chips (Gluten free options) We like the fruit!

_All_  Time: 5/1  Date: 8:50Am
**Juror or Foreperson's Signature**
Juror Number  1-15

14cr10276-IT – U.S.A. v. John Cranney

NOTE FROM THE JURY



Did the original estimate of a 3 week trial include an estimate for deliberations? Are we still on track?

I have business travel scheduled for May 14th.

_____   Time: 1pm   Date: 5/2/18
Juror or Foreperson's Signature
Juror Number  10

14cr10276-IT – U.S.A. v. John Cranney

## NOTE FROM THE JURY



1) does "on or about 2010" include ~~dates~~ events 2007/2008? ~~Does it encompass~~ How specific should a date be? I.e. does "on or about 2010" encompass events in 2007-08?

_____   Time: 11:40   Date: 5/8/18
**JURY FOREPERSON'S SIGNATURE**

Juror Number ___1___

## 14cr10276-IT – U.S.A. v. John Cranney

### NOTE FROM THE JURY



Jury has reached our verdict.

_____  Time: 12:15   Date: 5/8/18
**JURY FOREPERSON'S SIGNATURE**

**Juror Number** 1