PS 42
(Rev. 7 93)

# United States District Court

District of Massachusetts

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs. | ) |
| | ) |
| John Cranney | ) |
| | ) Case No.  14-CR-10276 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____John W. Cranney_____ , have discussed with _____Doris C. Fitzpatrick_____ , Pretrial Services/

Probation Officer, modifications of my release conditions as follows:

The defendant is to report to the U.S. Pretrial Officer from his home land-line on a daily basis not later than 9am mountain standard time. A warrant shall be held in abeyance.

The court removes the following conditions:
The defendant shall wear an electronic bracelet for location monitoring via GPS to ensure that the defendant does not leave El Paso, TX.

I consent to this modification of my release conditions and agree to abide by this modification.

_John W. Cranney_   _5/17/18_      _[signature]_   _5/17/18_
Signature of Defendant          Date       Pretrial Service/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                   _5/17/18_
Signature of Defense Counsel                Date

☑  The above modification of conditions of release is ordered, to be effective on  _5/21/18_ .
☐  The above modification of conditions of release is *not* ordered.

_Indira Talwani_                 _5/18/18_
Signature of Judicial Officer            Date